Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR13-208RSL |
| Plaintiff, ) | |
| v. ) | ORDER ON MOTION TO |
| ) | CONTINUE TRIAL DATE |
| WILLIAM BACON, ) | |
| Defendant. ) | |

THIS COURT FINDS, pursuant to, 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice will best be served by a continuance, and that they outweigh the best interests of the public and the defendant in a speedy trial and that the defendant has agreed to waive their Speedy Trial Act rights;

FURTHER THIS COURT FINDS, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) that the failure to grant would result in a miscarriage of justice and would deny counsel for the defendant the reasonable time necessary for effective preparation and negotiation, taking into account the exercise of due diligence,

IT IS HEREBY ORDERED that the trial in this matter will be continued from December 2, 2013, until March 31, 2104, and the period of delay from December 2, 2013, to March 31, 2014, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161 (h)(7)(A). The

ORDER - 1

**ROBERT W. GOLDSMITH**
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592

pretrial motions deadline is extended to February 21, 2014.

DONE this 21st day of October, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 2