UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM BACON,<br><br>    Defendant . | CASE NO. CR13-208-RSL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on February 24, 2017.  The United States was represented by Joshua Ferrentino, and defendant was represented by Robert Goldsmith.  The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about June 27, 2014, on charges of bank fraud, aggravated identity theft, and possession of oxycodone with intent to distribute.  The Hon. Robert S. Lasnik of this Court sentenced defendant to 30 months of imprisonment, followed by four years of supervised release.  He served this term of imprisonment, and began his term of supervised release on September 9, 2016.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE - 1

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSIONS

In an application, supported by a memorandum dated January 26, 2017, USPO Darcell Prescott alleged that defendant violated the conditions of supervised release in three respects:

1. By using cocaine on or about November 18, 2016;

2. By using marijuana on or about November 18, 2016, and December 20, 2016; and

3. By using alcohol on or about January 18, 2017.

I advised defendant as to these charges and as to his constitutional rights. He admitted all of these alleged violations, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Judge Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based on the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release in the three respects alleged, and conduct a disposition hearing. That hearing is set for March 10, 2017 at 10:30 a.m.

Defendant responded to a summons to appear for the initial hearing on revocation. Pending disposition, defendant has been released on a recognizance bond which also incorporates all the conditions of his supervised release. Both parties and the U.S. Probation Office agreed to his release on these conditions.

DATED this 24th day of February, 2017.

s/ John L. Weinberg
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE - 2