Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-208RSL |
| Plaintiff, | |
| v. | AGREED ORDER RELEASING DEFENDANT FROM CUSTODY TO INPATIENT TREATMENT FACILITY |
| WILLIAM BACON, | |
| Defendant. | |

THIS MATTER having come before the Court upon the Government, defendant's and U.S. Probation's agreement, and the Court having considered all the files and records herein,

IT IS HEREBY ORDERED that the defendant be released early from custody on March 26, 2018, at 11 a.m. to Leilani Reese, who will immediately transport the defendant to Seamar inpatient treatment facility in Seattle, WA. The defendant is further Ordered to successfully complete inpatient treatment at Seamar, Seattle, WA, starting on March 26, 2018. All other conditions of the Judgment of March 1, 2018 remain in effect.

DONE this 21st day of March, 2018.

_____
U.S. District Court Judge

Order

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA 98104
(206) 623-1592